1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MARK SANCHEZ,                                    CV F   07-0028 OWW DLB HC

               Petitioner,            ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME;
   v.                                         RESPONSE DUE ON OR BEFORE JUNE 27,
2007

JAMES TILTON,

               Respondent.
_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

     Pending before the Court is Respondent's motion for an extension of time to file an

response to the petition.  GOOD CAUSE having been demonstrated, Respondent's motion for an

extension of time is GRANTED, and the response is due on or before June 27, 2007.


     IT IS SO ORDERED.

    **Dated:   June 4, 2007**                    **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1